# Return

| Case No.: 22-1159MB YUS2201002024 | Date and time warrant executed: 02/24/2022 6:06 pm | Copy of warrant and inventory left with: SA Frank Salcedo |
|---|---|---|

Inventory made in the presence of:
TFO James Diskin

Inventory of the property taken and name of any person(s) seized:

One Cellular Telephone: Apple IPhone, IMEI: 356646081346678 belong to Ravi GOSAIN

All available data was extracted from the target cellphone and downloaded onto a CD by a HSI certified forensic agent. The cellphone remains in Homeland Security Inverstigations (HSI) custody inside their evidence vault.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/17/2022

_Executing officer's signature_

JAMES DISKIN, TASK FORCE OFFICER
_Printed name and title_

[RECEIVED / LODGED COPY stamp: JUN 17 2022, CLERK U S DISTRICT COURT, DISTRICT OF ARIZONA, BY NM DEPUTY]